# Court of Appeals
# of the State of Georgia

ATLANTA, __December 18, 2013__

*The Court of Appeals hereby passes the following order:*

**A14A0671.  VIRGIL LAMAR MADDOX v. MELISSA RENE COLEMAN.**

On December 21, 2010, the trial court entered a final judgment and decree of divorce, dissolving the marriage of Virgil Maddox and Melissa Coleman, formerly Melissa Maddox.  Virgil Maddox filed a notice of appeal, and Melissa Coleman filed a motion to dismiss the appeal.  The trial court granted Coleman's motion, and Virgil Maddox filed a direct appeal in this Court.  We lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __12/18/2013__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*